**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MARIO HERIBERTO ZUBIA-DOMINGUEZ,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2015-KC** |
| | § | |
| **MARKWAYNE MULLIN et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On August 10, 2026, the Court granted in part Mario Heriberto Zubia-Dominguez's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Aug. 10, 2026, Order 3–4, ECF No. 5.

Respondents have now informed the Court that on August 13, 2026, an IJ ordered Zubia-Dominguez released on a $5,000.00 bond. Resp., ECF No. 6.

It appears that no matters remain to be resolved in this case. *See generally* Pet., ECF No. 1; Aug. 10, 2026, Order. Accordingly, **the Clerk shall close the case.**

**SO ORDERED**.

**SIGNED this 18th day of August, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE